# Order

Michigan Supreme Court
Lansing, Michigan

February 5, 2014

147678

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ANTHONY REESE PORTER,
　　　　Defendant-Appellant.

SC: 147678
COA: 310293
Wayne CC: 11-004867-FC

_____/

On order of the Court, the application for leave to appeal the July 23, 2013 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to address whether the imposition of a consecutive sentence under MCL 750.520b(3), enacted by amendment in 2006, for criminal conduct occurring in 2000 or 2001 violates the Ex Post Facto Clauses of the United States and Michigan Constitutions. US Const, art I, § 10, cl 1; Const 1963, art 1, § 10.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2014



p0129

Clerk